# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 29, 2014

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

148540(93)

IDA TOWNSHIP,
      Plaintiff/Counter-
      Defendant-Appellee,

v

      SC: 148540
      COA: 303595
      Monroe CC: 09-027194-CZ

SOUTHEAST MICHIGAN MOTORSPORTS,
LLC, DARRIN FELKEY, and CHARLES
MUDGE,
      Defendants/Counter-
      Plaintiffs-Appellants,

and

IDA TOWNSHIP PLANNING COMMISSION,
      Counter-Defendant-Appellee.
_____/

      On order of the Court, the motion for reconsideration of this Court's April 28, 2014 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 29, 2014



Clerk

d0721